*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided February 28, 2001

### ANDREW OWENS *v.* COMMISSIONER OF CORRECTION

The petitioner Andrew Owens' petition for certification for appeal from the Appellate Court, 61 Conn. App. 347 (AC 19687), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Del Atwell*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided February 28, 2001

### STATE OF CONNECTICUT *v.* LEROY MIMS

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 406 (AC 19694), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Mark Diamond*, special public defender, in support of the petition.

*Lisa A. Riggione*, assistant state's attorney, in opposition.

Decided February 28, 2001